# Third District Court of Appeal

## State of Florida

Opinion filed February 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1167
Lower Tribunal No. 18-8522
_____

**Angelo Ortiz,**
Appellant,

vs.

**Paola Ferreyra Ortiz,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David Young, Judge.

Davis Smith & Jean, LLC, and Sonja A. Jean and Laura Davis Smith, for appellant.

Law Offices of Granoff & Kessler, P.A., and Roy E. Granoff, for appellee.

Before EMAS, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Angelo Ortiz, the former husband, appeals for a second time from the trial court's distribution scheme and durational alimony award in favor of Paola Ferreyra Ortiz, the former wife. In his first appeal, we reversed and remanded for the trial court to identify and assign a value to all marital assets and to make specific factual determinations regarding the former wife's need for alimony pursuant to section 61.08, Florida Statutes (2021). Ortiz v. Ortiz, 306 So. 3d 1081 (Fla. 3d DCA 2020). Because the trial court complied with our remand instructions and properly exercised its discretion, we affirm. See Corrales v. Corrales, 320 So. 3d 217, 219 (Fla. 3d DCA 2021) ("[A]n award of alimony, along with the equitable distribution of assets and liabilities, is within the trial court's broad discretion. Thus, in this context, our appellate review is limited to examining the record to determine whether the court's findings . . . [are] supported by competent, substantial evidence.") (internal quotation marks omitted) (citations omitted).

Affirmed.